☝ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA

v.

MICHELLE FALSETTA,

               Defendant.

----------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Mag. 1566
07 Cr. _____

**07 CRIM 1232**

*Judge Foley*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            December 14, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                     Marissa Molé
                     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Fiona Doherty, Esq.
    Attorney for MICHELLE FALSETTA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

12/18/07 WHEEL A