UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

            - v. -                  :           INFORMATION

MICHELLE FALSETTA,                  :           07 CRIM 1232

            Defendant.              :

- - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney Charges:

1.    From in or about July 31, 2007 through on or about
August 23, 2007, in the Southern District of New York, and
elsewhere, MICHELLE FALSETTA, the defendant, unlawfully,
intentionally, and knowingly did distribute and possess with
intent to distribute a controlled substance, to wit, anabolic
steroids, a Schedule III controlled substance.

(Title 21, United States Code, Sections 812, 841(a)(1),
841(b)(1)(D); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATIONS AS TO COUNT ONE

2.    As a result of committing the controlled substance
offense alleged in Count One of this Information, MICHELLE
FALSETTA, the defendant, shall forfeit to the United States
pursuant to 21 U.S.C. § 853, any and all property constituting or
derived from any proceeds the said defendant obtained directly or
indirectly as a result of the said violation and any and all

property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to proceeds obtained as a result of the offense described in Count One of this Information.

    3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### MICHELLE FALSETTA,

### Defendant.

### **INFORMATION**

07 Cr.

(21 U.S.C. § 841(b)(1)(D);
18 U.S.C. § 2)

MICHAEL J. GARCIA
United States Attorney.

12/28/07 *[handwritten notes, largely illegible]*