```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :
MICHELLE FALSETTA,               :
                                 :
                                 :
              Defendant.         :
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - - x
```



**WAIVER OF INDICTMENT**

07 Cr.

Judge Pauley

The above-named defendant, who is accused of violating Title 21, United States Code, Section 841(b)(1)(D), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
MICHELLE FALSETTA

_____
Fiona Doherty, Esq.
Attorney for MICHELLE FALSETTA

Witness: _____

Date:  New York, New York
       December 28, 2007

