# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

RECEIVED
MAY 16 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

May 16, 2008

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**BY FAX**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007
Fax Number: 212-805-6390

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-08

Re: **United States v. Michelle Falsetta**
07 Cr. 1232 (WHP)

Dear Judge Pauley:

I write on behalf of my client, Michelle Falsetta, to respectfully request a two-week adjournment of the status conference in her case, scheduled for today, May 16, 2008 at 2:15 p.m. Assistant United States Attorney Marissa Molé wrote to the Court yesterday indicating that she expected Ms. Falsetta to plead guilty today, and the Court directed the parties to go to Magistrate's Court for the plea. Although we do expect a plea disposition in this case, Ms. Falsetta needs some additional time to discuss certain aspects of her case with counsel. We are asking that the Court adjourn the conference until the week of June 2, 2008. As requested by Your Honor's Deputy, we will go to Magistrate's Court for the plea if Ms. Falsetta is ready before that time. I have conferred with Ms. Molé, who consents to the adjournment request on behalf of the Government.

The parties request an exclusion of time under the Speedy Trial Act until the date of the next conference. Ms. Falsetta's need for additional time to discuss her case with counsel serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for **Michelle Falsetta**
Tel: (212) 417-8734

cc:   Marissa Molé, Esq. (by fax)

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED UNTIL MAY 30, 2008 AT 2:15 P.M. IN THE INTERESTS OF JUSTICE.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5-19-08

TOTAL P.002