# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

May 22, 2008



**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007
Fax Number: 212-805-6390

Re:   United States v. Michelle Falsetta
      07 Cr. 1232 (WHP)

Dear Judge Pauley:

I write on behalf of my client, Michelle Falsetta, to respectfully request that the Court set a control date of one month from now for a plea in her case. Upon conferring with Your Honor's Deputy, the parties would expect to go to Magistrate's Court for the plea before that time. I have also conferred with Assistant United States Attorney Marissa Molé, who consents to this request on behalf of the Government.

On May 20, 2008, Your Honor adjourned the next conference scheduled in Ms. Falsetta's case until May 30, 2008 at 2:15 p.m. Unfortunately, I will be out of town that day for a conference. The defense therefore requests that we be given some additional time to do the plea in Magistrate's Court. The parties also respectfully request an exclusion of time under the Speedy Trial Act until the control date. Ms. Falsetta's need for additional time to discuss her case with counsel serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for **Michelle Falsetta**
Tel: (212) 417-8734

cc:   Marissa Molé, Esq. (by fax)

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO JUNE 27, 2008 AT 2:15 PM
SO ORDERED: THE INTERESTS OF JUSTICE

WILLIAM H. PAULEY III U.S.D.J.
5-22-08