# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

September 2, 2008

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007
Fax Number: 212-805-6390

**MEMO ENDORSED**

Re:   **United States v. Michelle Falsetta**
      **07 Cr. 1232 (WHP)**

Dear Judge Pauley:

I write on behalf of my client, Michelle Falsetta, to respectfully request that the Court adjourn Ms. Falsetta's sentencing until January 2009. Because I am pregnant – and due on September 25, 2008 – the Court kindly tried to arrange an expedited sentencing in Ms. Falsetta's case for September 15, 2008 at 2 P.M. Because of a variety of scheduling conflicts, however, Ms. Falsetta did not complete her Pre-Sentence Interview until August 22, 2008, and there is simply not enough time for Probation to complete the Pre-Sentence Report, for the parties to review the PSR, and for the parties to make their submissions in appropriate time for a September 15, 2008 sentencing date. Because I expect to be out on maternity leave, the defense is requesting that Ms. Falsetta be sentenced in January 2009. I have conferred with Assistant United States Attorney Marissa Molé, who consents to this request on behalf of the Government.

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for **Michelle Falsetta**
Tel: (212) 417-8734

cc:   Marissa Molé, Esq.
      Assistant United States Attorney (by fax)

      James Mullen
      United States Probation Officer (by fax)

APPLICATION GRANTED THE SENTENCING IS ADJOURNED TO JANUARY 9, 2008 AT 3:00 P.M.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9-2-08